1  ARTURO J. GONZÁLEZ (BAR NO. 121490)
   SYLVIA M. SOKOL (BAR NO. 200126)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4
   ROBERT Y. CHAN (BAR NO. 121358)
5  LAW OFFICES OF ROBERT Y. CHAN
   580 California Street, 16th Floor
6  San Francisco, California 94104
   Telephone: (415) 283-3254
7
   Attorneys for Plaintiffs
8

**LODGED**

NOV 2 6 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

FILED
'02 DEC -9 A 8:43

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALVARADO DE MUÑOZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CIV F-02-6286 OWW SMS<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, WITH LEAVE TO AMEND** |



STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND
Case No. CIV F-02-6286 OWW SMS
sf-1407680

Pursuant to Local Rule 83-141, IT IS HEREBY STIPULATED AND AGREED that:

1. Defendant's motion to dismiss plaintiff's complaint is granted, without prejudice; and

2. Plaintiff will have thirty (30) days after this Order is signed to file an Amended Complaint.

IT IS SO STIPULATED:

Dated: November 25, 2002

James D. Weakly
Weakley, Ratliff, Arendt & McGuire
Attorney for Defendants
COUNTY OF FRESNO

Dated: November __, 2002

Sylvia M. Sokol
Morrison & Foerster
Attorney for Plaintiff
Maria Alvarado de Muñoz

IT IS SO ORDERED.

DATED this _____ day of _____, 2002.

The Honorable Oliver W. Wanger
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND
Case No. CIV F-02-6286 OWW SMS
sf-1407680                                1

Pursuant to Local Rule 83-141, IT IS HEREBY STIPULATED AND AGREED that:

1. Defendant's motion to dismiss plaintiff's complaint is granted, without prejudice; and
2. Plaintiff will have thirty (30) days after this Order is signed to file an Amended Complaint.

IT IS SO STIPULATED:

Dated: November 20, 2002

James D. Weakley
Weakley, Ratliff, Arendt & McGuire
Attorney for Defendants
COUNTY OF FRESNO

Dated: November 25, 2002

Sylvia M. Sokol
Morrison & Foerster
Attorney for Plaintiff
Maria Alvarado de Muñoz

IT IS SO ORDERED.

DATED this 6th day of December, 2002.

The Honorable Oliver W. Wanger
United States District Court Judge

United States District Court
for the
Eastern District of California
December 10, 2002

* * CERTIFICATE OF SERVICE * *

1:02-cv-06286

De Munoz

   v.

County of Fresno

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 10, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW   SMS

Arturo J Gonzalez
Morrison and Foerster LLP
425 Market Street
San Francisco, CA   94105-2482

James Darvin Weakley
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA   93710

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk