| | |
|---|---|
| 1 | James D. Weakley, Esq.   Bar No. 082853 |
| | James J. Arendt, Esq.    Bar No. 142937 |
| 2 | THE LAW FIRM OF |
| | WEAKLEY, RATLIFF, |
| 3 | ARENDT & McGUIRE, LLP |
| | 1630 East Shaw Avenue, Suite 176 |
| 4 | Fresno, California 93710 |

Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendant, COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | | |
|---|---|---|
| MARIA ALVARADO DE MUNOZ, | ) | CASE NO. CIV-F-02-6286 OWW SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING TRIAL DATE AND PRE-** |
| vs. | ) | **TRIAL CONFERENCE DATE** |
| | ) | |
| COUNTY OF FRESNO, and DOES 1 | ) | **Old Trial Date: August 5, 2003** |
| through 50, inclusive, | ) | |
| | ) | **New Trial Date: September 9, 2003; 9:00 a.m.;** |
| Defendants. | ) | **Dept. 2** |
| | ) | |
| | ) | **Old Pre-Trial Conf. Date: July 21, 2003** |
| | ) | |
| | ) | **New Pre-Trial Conf. Date: August 4, 2003;** |
| | ) | **11:00 a.m.; Dept. 2** |

THE PARTIES in the above-entitled matter, through their respective counsel, have stipulated to continue the trial in this matter, currently set for **August 5, 2003,** to a new date of **September 9,**

///
///
///
///
///

Stipulation and Order Continuing Trial Date

2003, in **Department Two**, at **9:00 a.m.** The pre-trial conference will also be moved from **July 21, 2003**, to **August 4, 2003**, at **11:00 a.m.**, in **Department Two**.

Respectfully submitted,

DATED: May 27, 2003

MORRISON & FOERSTER, LLP

By: _____
ARTURO J. GONZALEZ
Attorney for Plaintiff MARIA ALVARADO DE MUNOZ

DATED: May __, 2003

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: _____
JAMES J. ARENDT
Attorney for Defendant, COUNTY OF FRESNO

**ORDER**

**IT IS SO ORDERED.**

DATED: 6-3-03

_____
Honorable Oliver W. Wanger
United States District Court Judge

United States District Court
for the
Eastern District of California
June 4, 2003

* * CERTIFICATE OF SERVICE * *

1:02-cv-06286

De Munoz

v.

County of Fresno

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 4, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Arturo J Gonzalez     OWW SMS
Morrison and Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

James J Arendt
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA  93710

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk