# ORIGINAL

1  ARTURO J. GONZÁLEZ (BAR NO. 121490)
   SYLVIA M. SOKOL (BAR NO. 200126)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  ROBERT Y. CHAN (BAR NO. 121358)
   LAW OFFICES OF ROBERT Y. CHAN
6  580 California Street
   San Francisco, California 94104
7  Telephone: (415) 283-3254

8  Attorneys for Plaintiffs

FILED

2003 SEP 18 P 2: 50

[illegible] US DIST COURT
[illegible] CALIF
BY_____

LODGED

SEP 1 7 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

9

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                     FRESNO BRANCH

13

| | |
|---|---|
| 14  MARIA ALVARADO DE MUÑOZ,<br><br>15              Plaintiff,<br><br>16<br><br>17      v.<br><br>18  COUNTY OF FRESNO, and DOES 1 through<br>    50, inclusive,<br>19<br><br>20              Defendants. | Case No.   CIV-F-02-6286 OWW SMS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING PLAINTIFF'S<br>DISMISSAL OF CAUSE OF ACTION<br>IN COMPLAINT**<br><br>Trial Date: November 4, 2003 |

21

22

23

24

25

26

27

28



Pursuant to Local Rule 83-141, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiff agrees to dismiss voluntarily the Second Cause of Action, alleging that the Defendant's conduct constituted an assault and battery against Plaintiff.

IT IS SO STIPULATED:

Dated: August ~~Sept~~ 16, 2003

_____

James Arendt
Attorney for Defendant
COUNTY OF FRESNO

Dated: August ___, 2003

_____

Arturo J. González
Morrison & Foerster
Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CLAIM
No. CIV F 02-6286 OWW SMS
sf-1557856                                                      1

Pursuant to Local Rule 83-141, IT IS HEREBY STIPULATED AND AGREED that:

1.  Plaintiff agrees to dismiss voluntarily the Second Cause of Action, alleging that the Defendant's conduct constituted an assault and battery against Plaintiff.

IT IS SO STIPULATED:

Dated:  August ___, 2003          _____

                                  James Arendt
                                  Attorney for Defendant
                                  COUNTY OF FRESNO

Dated:  August 16, 2003           _____

                                  Arturo J. González
                                  Morrison & Foerster
                                  Attorney for Plaintiff

1

2  IT IS SO ORDERED.

3      DATED this ___18th___ day of ___September___, 2003.

4

5

6

7                    The Honorable Oliver W. Wanger
                     United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
for the
Eastern District of California
September 19, 2003

\* \* CERTIFICATE OF SERVICE \* \*

1:02-cv-06286

De Munoz

   v.

County of Fresno

———————————————————

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  September 19, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

OWW SMS

Arturo J Gonzalez
Morrison and Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

James J Arendt
The Law Firm of Weakley Ratliff Arendt and McGuire LLP
1630 East Shaw Avenue
Suite 176
Fresno, CA  93710


Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk