1 ARTURO J. GONZÁLEZ (BAR NO. 121490)
  SYLVIA M. SOKOL (BAR NO. 200126)
2 MORRISON & FOERSTER LLP
  425 Market Street
3 San Francisco, California 94105-2482
  Telephone: (415) 268-7000
4 Facsimile: (415) 567-1076

5 ROBERT Y. CHAN (BAR NO. 121358)
  LAW OFFICES OF ROBERT Y. CHAN
6 580 California Street, 16th Floor
  San Francisco, California 94104
7 Telephone: (415) 283-3254
  Facsimile: (415) 268-7522
8
  Attorneys for Plaintiff
9 MARIA ALVARADO DE MUÑOZ

10
11                    UNITED STATES DISTRICT COURT
12                   EASTERN DISTRICT OF CALIFORNIA
13                           FRESNO DIVISION
14

15 MARIA ALVARADO DE MUÑOZ,            Case No. CIV-F-02-6286 OWW SMS

16                Plaintiff,

17        v.                            [PROPOSED] ORDER GRANTING
                                        MOTION TO AMEND COMPLAINT
18                                      AND SETTING DATE FOR STATUS
                                        CONFERENCE
19 COUNTY OF FRESNO, and DOES 1 through 50,
   inclusive,                           Date:  September 22, 2003
20                                      Time:  10:00 a.m.
                  Defendants.           Judge: The Honorable Oliver W.
21                                             Wanger, U.S. District Judge
                                        Trial Date: November 4, 2003
22
23
24
25
26
27
28



[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT AND SETTING DATE OF STATUS CONFERENCE
CASE NO. CIV-F-02-6286 OWW SMS
sf-1571079

**LODGED**
SEP 2 9 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2003 OCT -6  P 2:58
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY _____

1     Based on the Court's review of the parties' briefs, the oral argument of counsel, and good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend the First Amended Complaint is granted. Plaintiff shall file and serve her Second Amended Complaint forthwith.

    The parties are ordered to confer regarding any additional expert witnesses that they might choose to disclose pursuant to plaintiff's amendment pertaining to untimely medical care. Plaintiff has indicated that she does not at this time have any additional expert witness to designate on this issue. Defendant shall use due diligence and promptly advise plaintiff whether it intends to designate additional experts pertaining to this claim. Should defendant choose to designate an additional expert on this issue, plaintiff shall use due diligence and promptly advise defendant whether she intends to designate a rebuttal expert.

    The pretrial conference, scheduled for October 14, 2003, is taken off calendar and will be replaced by a Status Conference. At that Status Conference, the parties will report on the status of the case, including the status of any additional expert discovery and whether defendant intends to file a motion pertaining to plaintiff's claim of untimely medical care.

    The pretrial conference statement, previously due on October 7, is now due on October 20, 2003, and the Pretrial Conference will be held on October 27, 2003, pending further Order of the Court.

IT IS SO ORDERED.

Dated this __3d__ day of ~~September~~ October, 2003.

_____
The Honorable Oliver W. Wanger
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT AND SETTING DATE OF STATUS CONFERENCE
CASE NO. CIV-F-02-6286 OWW SMS
sf-1571079

2

United States District Court
for the
Eastern District of California
October 7, 2003

* * CERTIFICATE OF SERVICE * *

1:02-cv-06286

De Munoz

   v.

County of Fresno

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 7, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Arturo J Gonzalez                            OWW/gl
    Morrison and Foerster LLP
    425 Market Street
    San Francisco, CA   94105-2482

    James J Arendt
    The Law Firm of Weakley Ratliff Arendt and McGuire LLP
    1630 East Shaw Avenue
    Suite 176
    Fresno, CA   93710


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk